**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Tyler E. Baker
212.634.3048 direct
tbaker@sheppardmullin.com

August 9, 2018

<u>Via ECF</u>

Honorable Brian R. Martinotti
United States District Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Beauty Reactions, LLC v. Oracle America, Inc.*
      Case No. 3:18-cv-09222-BRM-TJB

Dear Judge Martinotti:

    We represent the defendants Oracle America, Inc. and NetSuite Inc. ("Defendants") in the above-referenced action. The Court scheduled oral argument on Defendants' pending motion to dismiss/transfer for August 23, 2018 at 10 a.m. *See* July 19, 2018 ECF notice. I submit this letter to request that I be excused from appearing at the scheduled oral argument and that my colleague, Robert S. Friedman, be permitted to appear on behalf of Defendants' in my absence under Local Civil Rule 101.1(c) without a New Jersey-admitted attorney present. Mr. Friedman, counsel of record for Defendants, is admitted *pro hac vice* on this case (*see* Dkt. No. 11) and has been involved with this case since its inception. All counsel consent to this request.

    Thank you for Your Honor's consideration of this request. Should the Court have any questions, please do not hesitate to contact me.

Respectfully submitted,

*/s/Tyler E. Baker*

Tyler E. Baker