UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
AUG 22 2018
AT 8:30
WILLIAM T. WALSH
CLERK

BEAUTY REACTIONS, LLC,

Plaintiff,

vs.

ORACLE AMERICA, INC.,
NETSUITE, INC., ABC
CORPORATIONS (1-10), AND JANE
AND/OR JOHN DOES (1-10), THE
SAME BEING FICTITIOUS, THEIR
IDENTITIES BEING UNKNOWN.,

Defendants.

Civil Action No. 3:18-cv-09222-BRM-TJB

**ORDER**

WHEREAS this matter having been brought before the Court by SHEPPARD MULLIN RICHTER & HAMPTON LLP, counsel for Defendants Oracle America, Inc. and NetSuite Inc. (collectively, "Oracle");

WHEREAS on May 21, 2018, Oracle filed a motion on notice for an Order: (1) dismissing this action, with prejudice, for failure by Plaintiff to abide by contractual conditions precedent, or, in the alternative (2) transferring the venue of this matter to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404; or, in the alternative (3) dismissing this action, with prejudice, for failure to state a claim pursuant to Fed. R. Civ. P.

12(b)(6); and (4) granting such other and further relief as is just and proper. (the "Motion");

WHEREAS on June 6, 2018, Plaintiff filed its CERTIFICATION in Opposition to the Motion; and

WHEREAS on June 11, 2018, Oracle submitted its Reply Brief in further support of the Motion.

**IT IS HEREBY ORDERED** that, having considered the pleadings above, and having heard oral argument by the parties on 23 AUGUST , 2018, for good cause shown and for the reasons set forth on the record Oracle's Motion to Dismiss for Failure to Abide by Contractual Conditions Precedent is hereby **GRANTED**, the Plaintiff's complaint is DISMISSED, without prejudice, all other relief is DENIED without prejudice as moot.

SIGNED this 23rd day of August, 2018.

_____
Hon. Brian R. Martinotti, U.S.D.J.